UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
I.A., et al.,
                              Plaintiffs,

                              22 Civ. 6449 (LGS)

            -against-

                              ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                              Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs in this action seek attorneys' fees, costs and expenses under the fee-shifting provisions of the Individuals with Disabilities Education Act;

      WHEREAS, as no factual disputes were anticipated, by Order dated September 26, 2022, Plaintiffs were directed to file a motion for summary judgment, and the parties to file a joint statement of undisputed facts, by October 18, 2022;

      WHEREAS, the parties made no such submissions, nor requested any extension or other relief from the Order. It is hereby

      **ORDERED** that, by **October 25, 2022**, Plaintiffs shall file their motion, and the parties shall file a joint statement of undisputed facts. Failure to comply with this Order may result in sanctions.

Dated: October 20, 2022
       New York, New York

                                       LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE